UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB,                           ) | Case No. 07cv1071 WQH (WMc) |
|       Plaintiff,            ) | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |
| v.                                      ) | |
| SAN DIEGO POLICE DEPARTMENT, a municipal corporation, et al.,   ) | |
|       Defendants.          ) | |

    On August 15, 2007, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. Appearing for Plaintiff was Steve Kassab. Appearing for Defendants was Don Shanahan, Esq.

    Settlement could not be reached in the case at this time.

    The parties have stipulated not to contact each other directly. Specifically, Plaintiff *pro se*, Mr.Kassab, shall not contact the individual defendants directly and must communicate only with defendants' counsel, Mr. Bamberg or Mr. Shanahan. Similarly, the individual defendants shall not contact Mr. Kassab directly and must communicate only through their counsel.

    The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

    1.    The Rule 26(f) conference shall be completed **on or before *September 5, 2007***;

2. A *joint* discovery plan shall be lodged with Magistrate Judge McCurine, Jr. **on or before** *September 14, 2007*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The joint discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur **on or before** *September 21, 2007*;

4. The Court will hold a teleconference on **September 21, 2007 at 9:00 a.m.** to receive a status report on the underlying criminal case. Counsel for Defendants is ordered to contact Plaintiff *pro se* on the date and at the time indicated above and then initiate a *joint* call to the Court at (619) 557-6624.

5. Counsel are ordered to appear ***on October 1, 2007*** at ***9:30 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: August 15, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD