UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAN DIEGO POLICE DEPARTMENT, a ) <br> municipal corporation, et al., ) <br> ) <br> Defendants. ) | Case No. 07cv1071 WQH (WMc) <br><br> **ORDER RE: AUTHORIZATION TO ELECTRONICALLY FILE AND SERVE DOCUMENTS** |

The Court has received Plaintiff Steve Kassab's request to file and serve documents electronically using the Electronic Case Filing system as provided in Local Civil Rule 5.4. [Doc. No. 23.] Good cause appearing, Plaintiff's request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 4, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD