UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB, ) | Case No. 07cv1071 WQH (WMc) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| SAN DIEGO POLICE DEPARTMENT, a ) municipal corporation, et al., ) | |
| Defendants. ) | |

The Court held a Case Management Conference on October 2, 2007. John Nowakowski, Esq., appeared for Plaintiff. Daniel Bamberg, Esq., appeared for Defendants.

The Court will hold a *telephonic* Status Conference on **November 8, 2007** at **9:15 a.m.** Plaintiff's counsel is ordered to first contact defense counsel on the day and at the time indicated above and then initiate a JOINT call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

Dated: October 2, 2007

_WMcCurine Jr._

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:
HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD