UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB, <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO POLICE DEPARTMENT, a municipal corporation, et al., <br><br> Defendants. | Case No. 07cv1071 WQH (WMc) <br><br> **ORDER IN CASE NUMBERS 07-CV-1071 AND 07-CV-1299** |

The Court issues the following orders:

1. All discovery is **STAYED** until the conclusion of Plaintiff Kassab's Superior Court trial;

2. The *joint* TELEPHONIC Status Conference in case numbers 07-cv-1071 and 07-cv-1299 set for April 1, 2008 at 1:45 p.m. is **VACATED**;

3. Defense Counsel is ordered to advise the Court via telephone, letter or email of the conclusion of Plaintiff's trial. Plaintiff shall be copied on said notice to the Court. A new date for the parties' joint telephonic status conference will thereafter be set by the Court;

///
///
///
///

07cv1071 WQH (WMc)

4. All dates in the current scheduling order for case number 07-cv-1071 WQH (Wmc) [Doc No. 32] are **VACATED** and will be re-scheduled by Court order following the parties' joint telephonic status conference**.**

**IT IS SO ORDERED.**

Dated: April 1, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HON. WILLIAM Q. HAYES, UNITED STATES DISTRICT JUDGE
PLAINTIFF *PRO SE* IN CASE NO. 07-CV-1071
PLAINTIFF *PRO SE* IN CASE NO 07-CV-1299
ALL PARTIES AND COUNSEL OF RECORD