UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB,<br><br>        Plaintiff,<br><br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, a municipal corporation, et al.,<br><br>        Defendants. | Case No. 07cv1071 WQH (WMc)<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION [DOC. NO. 55.]** |

Defendants' *Ex Parte* Application for an order granting an extension of time in which to file its opposition to Plaintiff's Pitchess has been reviewed and considered by this Court, the Honorable William McCurine presiding. GOOD CAUSE APPEARING THEREFORE;

IT IS HEREBY ORDERED that Defendants' opposition shall be filed with this Court on or before **June 20, 2008.**

IT IS FURTHER ORDERED that Plaintiff's reply, if any, shall be filed on or before **June 27, 2008.**

**IT IS SO ORDERED.**

Dated: June 10, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

07cv1071 WQH (WMc)