UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB,           )<br>                             )<br>         Plaintiff,    )<br>v.                         )<br>                             )<br>SAN DIEGO POLICE DEPARTMENT, a )<br>municipal corporation, et al.,  )<br>                             )<br>         Defendants.   )<br>_____) | Case No. 07cv1071 WQH (WMc)<br><br>**ORDER FOLLOWING TELEPHONIC DISCOVERY CONFERENCE** |

On October 20, 2008, the Court held a telephonic discovery conference. After hearing from Plaintiff and defense counsel, the Court issues the following orders:

1. Should Plaintiff seek discovery concerning the additional defendants named in his First Amended Complaint, Plaintiff cannot rely on discovery served before the filing of the First Amended Complaint, but must serve a new Request;

2. Defendants shall respond to new discovery requests, if any, propounded by Plaintiff no later than 15 days after service;

3. Defendants' oral motion to stay discovery is **DENIED without prejudice**; and

4. Defendants shall provide audio for the video tapes previously produced to Plaintiff no later than **November 3, 2008**. If no audio is available, Defendants shall so indicate in a letter to Plaintiff with a copy to be provided to the Court.

**IT IS SO ORDERED.**

Dated: October 20, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court