FILED

Received in Chambers

08 OCT 22 PM 4:

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Hon. William McCurine, Jr.

BY: _____ DEPUTY

1  MICHAEL J. AGUIRRE, City Attorney
2  DANIEL F. BAMBERG, Deputy City Attorney
   California State Bar No. 60499
        Office of the City Attorney
3       1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
4       Telephone: (619) 533-5800
        Facsimile: (619) 533-5856
5
6  Attorneys for Defendants City of San Diego; San Diego Police Department; City Attorney's
   Office; Officer John Bailey; Sergeant Parga; Detective Catherine Millet; Officer Needham;
7  Officer S. Skinner; Detective L. Steward; Detective John Davis; Officer Ruben Hernandez;
   Sergeant Alberto Leos; and, Lieutenant Brian Blagg

ORIGINAL

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  STEVE KASSAB,                        )   Case No. 07cv1071 WQH (WMc)
                                         )
12                 Plaintiff,            )
                                         )   **STIPULATED PROTECTIVE ORDER**
13       v.                              )
                                         )
14  SAN DIEGO POLICE DEPARTMENT, a       )
    municipal corporation, et al.,       )
15                                       )
                   Defendants.           )
16  _____ )

17       Per the ORDER ON PRODUCTION OF DOCUMENTS FOLLOWING *IN CAMERA*

18  REVIEW issued by Magistrate Judge William McCurine on September 19, 2008, the Defendants

19  are to disclose certain enumerated documents to Plaintiff.  Further, the parties were ordered to

20  enter into a protective order governing the documents the Court has ordered to be disclosed.  This

21  STIPULATED PROTECTIVE ORDER governs the documents the Court has ordered to be

22  disclosed.

23       IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES TO THIS

24  ACTION, AS FOLLOWS:

25       1.    The documents to be produced by the Defendants incident to the Court's

26  September 19, 2008 ORDER ON PRODUCTION OF DOCUMENTS FOLLOWING *IN*

27  *CAMERA* REVIEW are identified in Exhibit A, attached hereto and incorporated herein by

28  reference.

                                         1

                                                                    07cv1071 WQH (WMc)

1       2.     Plaintiff, his agents, employees, attorneys and anyone acting in concert with him

2   and participating with him agree to not engage in nor perform any of the following:

3              a.     Convey, transfer, copy, publish or distribute the information ordered

4                   disclosed, or authorize another to convey, transfer, copy, publish or

5                   distribute the information disclosed to anyone without prior Court

6                   approval.

7              b.     Use the records or information ordered disclosed for any purpose other

8                   than in conjunction with the instant civil case proceedings pursuant to

9                   applicable law.

10      3.     Upon final disposition of this action, Plaintiff will return any and all materials

11  disclosed pursuant to the ORDER ON PRODUCTION OF DOCUMENTS FOLLOWING *IN*

12  *CAMERA* REVIEW issued by Magistrate Judge William McCurine September 19, 2008 to Daniel

13  F. Bamberg, Deputy City Attorney, or his designee, at 1200 Third Avenue, Suite 1100, San

14  Diego, California, immediately upon final disposition of this case.

15      4.     That, upon the conclusion of this case, the Court shall retain jurisdiction to resolve

16  any disputes arising out the release of any documents protected by this order.

17       5.     That the Court has the authority to modify, at any time, the terms of this protective

18  order on public policy grounds.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

6.     That the documents identified in Exhibit A will be produced to the Plaintiff within ten (10) calendar days after the Court signs this STIPULATED PROTECTIVE ORDER.

**IT SO STIPULATED.**

Dated: 10 - 21, 2008

MICHAEL J. AGUIRRE, City Attorney

By  *D. F. Bamberg*

DANIEL F. BAMBERG
Deputy City Attorney

Attorneys for Defendants

Dated: 10 - 21 -, 2008

*Steve Kassab*

STEVE KASSAB

Plaintiff In Pro Per

**APPROVED AND SO ORDERED:**

Dated: 10 -21 - 08

UNITED STATES MAGISTRATE JUDGE

3

1

**EXHIBIT A**

2

**STIPULATED PROTECTIVE ORDER**

3    The documents listed below, as they were identified and bates stamped in the Defendants'

4   Privilege Log that was lodged with Judge McCurine's chambers and served upon the Plaintiff on

5   August 15, 2008, will be produced by the Defendants subject to the provisions of this Stipulated

6   Protective Order.

7    CM-IA-00002

8    CM-IA-00006 to CM-IA-00008

9    CM-IA-00011 to CM-IA-00015

10   CM-IA-00018 to CM-IA-00019

11   CM-IA-00027 to CM-IA-00036

12   CM-IA-00040 to CM-IA-00054

13   CM-IA-00056 to CM-IA-00057

14   CM-IA-00061 to CM-IA-00066

15   CM-IA-00208 to CM-IA-00251

16   CM-IA-00254 to CM-IA-00266

17   CM-IA-00274 to CM-IA-00293

18   CM-IA-00295 to CM-IA-00318

19   CM-IA-00341 to CM-IA-00343

20   CM-IA-00357 to CM-IA-00362

21   CM-IA-00365 to CM-IA-00369

22   CM-IA-00372 to CM-IA-00373

23   CM-IA-003765 to CM-IA-00376

24   CM-IA-00380 to CM-IA-00381

25   RH-SS-IA-00007 to RH-SS-IA-00051

26   RH-SS-IA-00055 to RH-SS-IA-00057

27   RH-SS-IA-00060 to RH-SS-IA-00063

28   RH-SS-IA-00067 to RH-SS-IA-00070

RH-SS-IA-00076 to RH-SS-IA-00085

RH-SS-IA-00089 to RH-SS-IA-00101

RH-SS-IA-00103 to RH-SS-IA-00104

RH-SS-IA-00106 to RH-SS-IA-00108

RH-SS-IA-00110

RH-SS-IA-00113 to RH-SS-IA-00124

RH-SS-IA-00133 to RH-SS-IA-00175

RH-SS-IA-00214 to RH-SS-IA-00219

RH-SS-IA-00222 to RH-SS-IA-00226

RH-SS-IA-00228 to RH-SS-IA-00229

RH-SS-IA-00231 to RH-SS-IA-00232

RH-SS-IA-00236 to RH-SS-IA-00239

4

**EXHIBIT A**

**STIPULATED PROTECTIVE ORDER**

And all documents identified in Defendant's privilege logs as "Training Certificate,"

"Certificate of Completion" or "Certificate of Training."

5

07cv1071 WQH (WMc)